Form G-4

Case 19-31596    Doc 34-2    Filed 06/11/20    Entered 06/11/20 15:57:05    Desc
Statement Accompanying Relief From Stay    Page 1 of 2

**REQUIRED STATEMENT**
**TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

All Cases: Debtor(s) Renia Griffin    Case No. 19-31596    Chapter 13

All Cases: Moving Creditor WELLS FARGO BANK N.A., AS TRUSTEE, FOR CARRINGTON MORTGAGE LOAN TRUST, SERIES 2006-NC3 ASSET-BACKED PASS-THROUGH CERTIFICATES    Date Case Filed 11/6/2019

Nature of Relief Sought: ■ Lift Stay   ☐ Annul Stay   ☐ Other (describe) _____

Chapter 13: Date of Confirmation Hearing _____ or Date Plan Confirmed 01/30/2020

Chapter 7: ☐ No-Asset Report Filed on _____
☐ No-Asset Report not Filed, Date of Creditors Meeting _____

1. Collateral
   a. ■ Home
   b. ☐ Car    Year, Make, and Model _____
   c. ☐ Other (describe) _____

2. Balance Owed as of 05/28/2020    $104,447.33
   Total of all other Liens against Collateral    $0.00

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases) $79,000.00, per Debtor's Schedules

5. Default
   a. ■ Pre-Petition Default as of petition date
      Number of months  16    Amount  $17,523.88

   b. ■ Post-Petition Default
      i. ■ On direct payments to the moving creditor
         Number of months  3    Amount  $3,119.78

      ii. ☐ On payments to the Standing Chapter 13 Trustee
         Number of months _____    Amount _____

6. Other Allegations
   a. ☐ Lack of Adequate Protection § 362(d)(1)
      i.   ☐ No insurance
      ii.  ☐ Taxes unpaid    Amount  $ _____
      iii. ☐ Rapidly depreciating asset
      iv.  ☐ Other (describe) _____

   b. ☐ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c. ☐ Other "Cause" § 362(d)(1)
      i.   ☐ Bad Faith (describe) _____
      ii.  ☐ Multiple Filings
      iii. ☐ Other (describe) _____

   d. Debtor's Statement of Intention regarding the Collateral
      i. ☐ Reaffirm    ii. ☐ Redeem    iii. ☐ Surrender    iv. ■ No Statement of Intention Filed

Date: June 11, 2020    /s/ Joel P. Fonferko
(Rev. 12/21/09)    Counsel for Movant