# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **In re:** | : |
| | : |
| **Renia Griffin** | : Case No.: 19-31596 |
| | : Chapter 13 |
| **Debtor.** | : **Judge Donald R. Cassling** |
| | : * * * * * * * * * * * * * * * * * * * * |
| | : |

## NOTICE OF MOTION

TO: See attached list.

　　PLEASE TAKE NOTICE that on <u>August 13, 2020</u>, at <u>9:30 AM</u>, I will appear before the Honorable Judge Donald R. Cassling, or any judge sitting in that judge's place, and present a <u>Motion for Relief from Stay</u>, a copy of which is attached.

　　**This motion will be presented and heard telephonically.** No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must set up and use an account with Court Solutions, LLC. You can set up an account at www.CourtSolutions.com or by calling Court Solutions at (917) 746-7476.

　　**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

　　　　　　　　　　　　　　　　　　Deutsche Bank National Trust Company, as
　　　　　　　　　　　　　　　　　　Trustee, on behalf of the holders of the Impac
　　　　　　　　　　　　　　　　　　Secured Assets Corp., Mortgage Pass - Through
　　　　　　　　　　　　　　　　　　Certificates, Series 2006-1

　　　　　　　　　　　　　　　By:　/s/ Todd J. Ruchman
　　　　　　　　　　　　　　　　　　Todd J. Ruchman (6271827)
　　　　　　　　　　　　　　　　　　Manley Deas Kochalski LLC
　　　　　　　　　　　　　　　　　　P.O. Box 165028
　　　　　　　　　　　　　　　　　　Columbus OH  43216-5028
　　　　　　　　　　　　　　　　　　Contact email is tjruchman@manleydeas.com

19-039932_ZTM

# **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached motion upon the parties listed below, by causing same to be mailed in a properly addressed envelope, postage prepaid, on the below listed date, unless a copy was provided electronically by the Clerk of the Court.

Date  7/24/2020                           /s/ Todd J .Ruchman
                                          Signature

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Tom Vaughn, 55 E. Monroe Street, Suite 3850, Chicago, IL  60603, ecf@tvch13.net

David M Siegel, Attorney for  Renia Griffin, David M. Siegel & Associates, 790 Chaddick Drive, Wheeling, IL  60090, davidsiegelbk@gmail.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on July 24 , 2020:

Renia Griffin, 7401 W 100th Place,, Unit #1791, Bridgeview, IL  60455

Gainer Group, LLC, 7401, W 100th Place, Unite 2026, Bridgeview, IL  60455

Renia Griffin and Gainer Group, LLC, 11432 South Prairie, Chicago, IL  60628

19-039932_ZTM

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | : |
| | : |
| Renia Griffin | : Case No.: 19-31596 |
| | : Chapter 13 |
| Debtor. | : Judge Donald R. Cassling |
| | : * * * * * * * * * * * * * * * * * * * * |
| | : |

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY (FIRST MORTGAGE)**

Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the Impac Secured Assets Corp., Mortgage Pass - Through Certificates, Series 2006-1 ("Creditor"), hereby moves the Court ("Motion"), pursuant to 11 U.S.C. § 362(d) to lift the automatic stay as to real property commonly referred to as 11432 South Prairie, Chicago, IL 60628 ("Property"). In support of the Motion, the Creditor states the following:

1. This Court has jurisdiction pursuant to 28 U.S.C. §§ 157 and 1334 and General Rule 2.33 of the United States District Court for the Northern District of Illinois. This is a core proceeding under 28 U.S.C. § 157(b)(2). The venue of this case and this Motion are proper under 28 U.S.C. § 1408 and 1409.

2. Renia Griffin ("Debtor") filed a Chapter 13 case on November 6, 2019, ("Petition Date").

3. As of the Petition Date, the Creditor was the holder of a claim secured by the Property, more particularly described in the mortgage ("Mortgage"), a copy of which is attached as Exhibit "A".

4. The above described Mortgage was given to secure a promissory note, ("Note"), dated June 14, 2002 and made payable to the Creditor in the original sum of $77,500.00. A copy of the Note is attached hereto as Exhibit "B".

19-039932_ZTM

5. The Creditor perfected an interest in the Property, more particularly described in the Mortgage, recorded in the Cook County Recorder's Office on June 21, 2002 and re-recorded on August 12, 2016 to correct the legal description. Evidence of perfection is attached as Exhibit "A".

6. The loan was modified as set forth in the Loan Modification Agreement attached as Exhibit "C".

7. Select Portfolio Servicing, Inc. services the loan on the property referenced in this Motion. In the event the automatic stay in this case is modified, this case dismisses, and/or the debtor obtains a discharge and a foreclosure action is commenced on the mortgaged property, the foreclosure will be conducted in the name of Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the Impac Secured Assets Corp., Mortgage Pass - Through Certificates, Series 2006-1 "Noteholder." Noteholder, directly or through an agent, has possession of the promissory note. The promissory note is either made payable to Noteholder or has been duly endorsed. Noteholder is the original mortgagee or beneficiary or the assignee of the security instrument for the referenced loan.

8. As of July 10, 2020, the outstanding principal of the Note was $55,889.85 and the outstanding interest was $6,953.83.

9. The Debtor is in default post-petition. A payment history is attached as Exhibit "D".

10. Said failure to make post-petition mortgage payments constitutes sufficient grounds for relief from the automatic stay for cause pursuant to 11 U.S.C. §362(d)(1);

11. The Property is of inconsequential value and benefit to the estate. Cause exists to lift the automatic stay under 11 U.S.C. § 362(d)(1) and/or 362(d)(2) for these reasons:

19-039932_ZTM

    a.   The Creditor is not being adequately protected. Per the Note and Mortgage, payments are applied to the last month due. Based on the foregoing, Debtor has failed to make periodic payments to Creditor since May 1, 2020, which unpaid payments less suspense are in the aggregate amount of $1,608.96 through July 10, 2020. As of July 10, 2020, Debtor was to have made 8 post-petition payments. Debtor has only made 5 post-petition payments. Debtor is delinquent 3 post-petition payments.

12.   The Movant requests that the Court order that Rule 4001(a)(3) is not applicable.

WHEREFORE, the Creditor prays for the entry of the attached Order Granting Relief from the Automatic Stay and the Trustee is hereby directed to halt disbursements to Creditor upon the filing of the Order Granting Relief from the Automatic Stay. Additionally, Creditor requests the Fed.R.Bankr.P. 4001(a)(3) be waived so that the Order Terminating the Automatic Stay have immediate effect.

Respectfully submitted,

/s/ Todd J. Ruchman

Todd J. Ruchman (6271827)
Keith Levy (6279243)
Sarah E. Barngrover (28840-64)
Adam B. Hall (0088234)
Edward H. Cahill (0088985)
Umair M. Malik (6304888)
Stephen R. Franks (0075345)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH  43216-5028
614-220-5611; Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Todd J. Ruchman.

19-039932_ZTM

Contact email is
tjruchman@manleydeas.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Motion for Relief from the Automatic Stay (First Mortgage) was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Tom Vaughn, 55 E. Monroe Street, Suite 3850, Chicago, IL  60603, ecf@tvch13.net

David M Siegel, Attorney for  Renia Griffin, David M. Siegel & Associates, 790 Chaddick Drive, Wheeling, IL  60090, davidsiegelbk@gmail.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on ___July 24___, 2020:

Renia Griffin, 7401 W 100th Place,, Unit #1791, Bridgeview, IL  60455

Gainer Group, LLC, 7401, W 100th Place, Unite 2026, Bridgeview, IL  60455

Renia Griffin and Gainer Group, LLC, 11432 South Prairie, Chicago, IL  60628

/s/ Todd J. Ruchman

19-039932_ZTM