**REQUIRED STATEMENT
TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

All Cases: Debtor(s) <u>Renia Griffin</u>　　　　Case No.: <u>19-31596</u>　　　Chapter: <u>13</u>


All Cases: Moving Creditor: <u>Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the Impac Secured Assets Corp., Mortgage Pass - Through Certificates, Series 2006-1</u>　 Date Case Filed: <u>November 6, 2019</u>

Nature of Relief Sought ☒ Lift Stay ☐ Annul Stay ☐ Other (describe) _____

Chapter 13:  Date of Confirmation Hearing _____N/A_____ or Date Plan Confirmed <u>01/30/2020</u>

Chapter 7:　☐ No-Asset Report filed on _____
　　　　　　☐ No-Asset Report not filed. Date of Creditor's Meeting: _____

1.  Collateral

　　　　a.  ☒ Home  11432 South Prairie, Chicago, IL 60628
　　　　b.  ☐ Car Year, Make, and Model _____
　　　　c.  ☐ Other (describe) _____

2.  Balance Owed as of July 10, 2020: $<u>70,409.42</u>
　　Total of all other Liens against Collateral: $<u>0.00</u>

3.  In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition:

4.  Estimated Value of Collateral (must be supplied in all cases) $<u>104,190.00, Cook County Assessor's Value</u>

5.  Default
　　　　a.  ☐ Pre-Petition Default
　　　　　　Number of months _____　　Amount $_____

　　　　b.  ☒ Post-Petition Default
　　　　　　i.  ☒ On direct payments to the moving creditor
　　　　　　Number of months _3_　　Amount $<u>1,608.96</u>

　　　　　　ii.  ☐ On payments to the Standing Chapter 13 Trustee
　　　　　　Number of months _____　　Amount $_____

6.  Other Allegations

　　　　a.  ☒ Lack of Adequate Protection 11 U.S.C. §362(d)(1)

　　　　　　i.　☐ No insurance
　　　　　　ii.　☐ Taxes unpaid Amount $ _____
　　　　　　iii.　☐ Rapidly depreciating asset
　　　　　　iv.　☐ Other _____

　　　　b.  ☒ No Equity and Not Necessary for an Effective Reorganization 11 U.S.C. §362(d)(2)

　　　　c.  ☐ Other "Cause" 11 U.S.C. §362(d)(1)

　　　　　　v.　☐ Bad Faith (describe) _____
　　　　　　vi.　☐ Multiple filings
　　　　　　vii.　☐ Other (describe) _____

19-039932_ZTM

    d.   Debtor's Statement of Intention regarding the Collateral

      viii. ☐  Reaffirm     ix. ☐  Redeem     x. ☐  Surrender     xi. ☒  No Statement of Intentions Filed

Date:  _7/24/2020_

                       Respectfully submitted,

                       /s/ Todd J. Ruchman

                       Todd J. Ruchman (6271827)
                       Keith Levy (6279243)
                       Sarah E. Barngrover (28840-64)
                       Adam B. Hall (0088234)
                       Edward H. Cahill (0088985)
                       Umair M. Malik (6304888)
                       Stephen R. Franks (0075345)
                       Manley Deas Kochalski LLC
                       P.O. Box 165028
                       Columbus OH  43216-5028
                       614-220-5611; Fax: 614-627-8181
                       Attorneys for Creditor
                       The case attorney for this file is Todd J. Ruchman.
                       Contact email is tjruchman@manleydeas.com

(Rev. 12/21/09)

19-039932_ZTM