# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re:

Renia Griffin

Debtor.

Case No.: 19-31596
Chapter 13
Judge Donald R. Cassling

* * * * * * * * * * * * * * * * * * * *

## AGREED ORDER ON MOTION FOR RELIEF FROM STAY

1. The above-styled Motion having been scheduled for a hearing before the Court on September 3, 2020, upon Notice of Assignment of Hearing to each of the above-captioned parties in interest, and it appearing to the Court that the parties consent hereto:

2. FURTHER IT IS HEREBY ORDERED that the Motion for Relief from Stay is denied, as the parties herein agree that the interest of Movant is adequately protected by payment and performance as more particularly set forth hereinafter.

3. FURTHER IT IS HEREBY ORDERED that as of September 1, 2020, the post-petition arrearage is as follows, pursuant to the terms of the Note, as set forth in the chart below:

| Number of Missed Payments | From | To | Monthly Missed Principal and Interest | Monthly Missed Escrow (if applicable) | Monthly Payment Amount | Total Monthly Payments Missed |
|---|---|---|---|---|---|---|
| 2 | 7/1/20 | 8/1/20 | $ | $ | $803.98 | $1,607.96 |
| Less post-petition partial payments (suspense balance):    ($0.02) | | | | | | |

Total: $1,607.94

4. This arrearage shall be paid as follows:

Debtor is ordered to make the following payments directly to Creditor to cure the post-petition arrearage and other amounts owing set forth in Paragraph 3:

1

19-039932_HAF

| Monthly Stipulation Payment Due | Monthly Stipulation Payment Amount |
|---|---|
| October 15, 2020 | $267.99 |
| November 15, 2020 | $267.99 |
| December 15, 2020 | $267.99 |
| January 15, 2021 | $267.99 |
| February 15, 2021 | $267.99 |
| March 15, 2021 | $267.99 |

5. Regular payments in the amount of 803.98 to be paid on or before September 1, 2020 and any additional amount as required or allowed by the Note and Security Instrument. Payments should be sent to: Select Portfolio Servicing, Inc. Attn: Remittance Processing P.O. Box 65450 Salt Lake City, UT 84165-0450.

6. FURTHER IT IS HEREBY ORDERED that should Debtor(s) default in payment of any sum specified herein, or in any regular monthly mortgage payments which come due according to Movant's Loan Documents, for the life of the bankruptcy then upon notice of default sent by first class mail to Debtor(s) and attorney for Debtor(s), and failure of Debtor(s) to cure such default within 10 days from the date of receipt of such notice, Movant may file a motion and affidavit of default, with service upon Debtor(s) and attorney for Debtor(s), and the Court may enter an Order releasing Movant from the automatic stay, without further notice or hearing.

7. FURTHER IT IS HEREBY ORDERED that in the event relief from the automatic stay is later granted, the Trustee shall cease funding any balance of Movant's claim, and the provisions of Fed. R. Bank. P. 4001(a)(3) may be waived.

8. FURTHER IT IS HEREBY ORDERED that upon completion of any foreclosure sale, any funds in excess of the amount due to Movant and to any subordinate lienholder(s) properly entitled to receive proceeds under applicable State Law that would otherwise be payable to the

Debtor(s), shall be paid to the Trustee by the entity receiving the funds from the foreclosure sale for the benefit of the Estate while the Debtor(s) remains in bankruptcy.

DATED: September 18, 2020

ENTER:

_____
UNITED STATES BANKRUPTCY JUDGE

**Submitted by:**

/s/ Todd J. Ruchman

Todd J. Ruchman (6271827)
Umair M. Malik (6304888)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH 43216-5028
614-220-5611; Fax: 614-627-8181
Attorney for Movant

~~David M Siegel~~ ALEXANDER PREBER
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090
Email: davidsiegelbk@gmail.com
Attorney for Debtor

3